```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    22 Cr. _____
                                 :
MANUEL PERALTA,                  :
    a/k/a "Twin,"                :
DANIEL PERALTA,                  :
    a/k/a "Twin 2,"              :
JADAKIS MITCHELL,                :        22 CRIM 150
    a/k/a "Jay,"                 :
EDWIN ACEVEDO,                   :
    a/k/a "June," and            :
ANDRE DELACRUZ,                  :
    a/k/a "Fat Boy,"             :
                                 :
              Defendants.        :
                                 :
- - - - - - - - - - - - - - - - X
```

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1. From in or about November 2020 up to and including in or about March 2022, in the Southern District of New York and elsewhere, MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," and EDWIN ACEVEDO, a/k/a "June," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," and EDWIN ACEVEDO, a/k/a "June," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," and EDWIN ACEVEDO, a/k/a "June," the defendants, and others known and unknown, conspired to distribute and possess with intent to distribute was 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO
(Narcotics Conspiracy)

The Grand Jury further charges:

4. From in or about November 2020 up to and including in or about March 2022, in the Southern District of New York and elsewhere, MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," EDWIN ACEVEDO, a/k/a "June," and ANDRE DELACRUZ, a/k/a "Fat Boy," the defendants, and others known and unknown, intentionally and knowingly did combine,

conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5. It was a part and an object of the conspiracy that MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," EDWIN ACEVEDO, a/k/a "June," and ANDRE DELACRUZ, a/k/a "Fat Boy," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

6. The controlled substance that MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," EDWIN ACEVEDO, a/k/a "June," and ANDRE DELACRUZ, a/k/a "Fat Boy," the defendants, and others known and unknown, conspired to distribute and possess with intent to distribute was 28 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

7. As a result of committing the offense alleged in Count One of this Indictment, MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," and EDWIN ACEVEDO, a/k/a "June," the defendants, shall forfeit to the United

States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

8. As a result of committing the offense alleged in Count Two of this Indictment, MANUEL PERALTA, a/k/a "Twin," DANIEL PERALTA, a/k/a "Twin 2," JADAKIS MITCHELL, a/k/a "Jay," EDWIN ACEVEDO, a/k/a "June," and ANDRE DELACRUZ, a/k/a "Fat Boy," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

**Substitute Assets Provision**

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MANUEL PERALTA,
 a/k/a "Twin,"
DANIEL PERALTA,
 a/k/a "Twin 2,"
JADAKIS MITCHELL,
 a/k/a "Jay,"
EDWIN ACEVEDO,
 a/k/a "June," and
ANDRE DELACRUZ,
 a/k/a "Fat Boy,"

Defendants.

---

**INDICTMENT**

22 Cr. _____

(21 U.S.C. § 846)

DAMIAN WILLIAMS
United States Attorney

_____
Foreperson

---

SEALED INDICTMENT
FILED
3/8/22
USMJ SARAH NETBURN