

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2022

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Manuel Peralta*, **22 Cr. 150 (JPC)**

Dear Judge Cronan:

    The Government respectfully submits this letter as a follow-up to the bail hearing held in the above-captioned matter on March 24, 2022. In ordering the defendant's release on certain bail conditions, the Court inquired about whether the defendant's co-defendant and brother Daniel Peralta was released on home detention with electronic monitoring or home incarceration with electronic monitoring. As the Court noted at the conference, Mr. Daniel Peralta's bond (Dkt. 9 at 4) indicates that he was released on home incarceration, but the notes on page five (*Id*. at 5) indicate that he was released on home detention. The attachment to the disposition sheet (Dkt. 10) indicates that Mr. Daniel Peralta was released on home incarceration. The Government has conferred with Pretrial Services and consistent with the disposition sheet and the bond, Mr. Daniel Peralta is currently being supervised on home incarceration with electronic monitoring.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

    By:

                Brandon D. Harper
                Samuel P. Rothschild
                Assistant United States Attorneys
                (212) 637-2209 / -2504

cc (by ECF):     Michael Hueston, Esq.