UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                              **ORDER**

        -against-                         22 Cr. 150 (JPC)

MANUEL PERALTA,

                                      Defendant.

------------------------------------------------------------------------ x

      Upon the application of defendant, MANUEL PERALTA, through his counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that defendant MANUEL PERALTA, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

      ORDERED that pursuant to 18 U.S.C. 3006(A), that Jason Martin, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, MANUEL PERALTA.  As such, Jason Martin, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:     New York, New York
                  _____ June 2, _____ 2022

                                                          _____
                                                           THE HONORABLE JOHN P. CRONAN
                                                           United States District Judge