# MICHAEL HUESTON
### ATTORNEY AT LAW

---

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

---

December 21, 2022

**BY ECF**  
The Honorable John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

   Re: *United States v. Peralta, et al.*, 22 Cr. 150 (JPC)

Your Honor:

  I represent Mr. Manuel Peralta in the above-referenced case, and request that his bond conditions be permanently modified to place him on a curfew – instead of home detention – as approved at the discretion of Pretrial Services. Pretrial Services consents to this permanent modification, and the Government defers to Pretrial Services. All other bail conditions will remain in place.

  This modification is being requested so that Mr. Peralta may visit with his family during the holiday season and, then afterward, until our January 19, 2023 conference, by which time we anticipate we will have a disposition of his case.

  Mr. Peralta is presently subject to the following bond conditions: a $100,000 bond secured by five co-signers; home detention; electronic monitoring; the surrender of his passport; strict pretrial supervision; and additional conditions as specified in the Court's March 24, 2022 release order.

  Thank you for your consideration of this request.

                Respectfully,

                /s/ Michael Hueston

cc: Counsel of Record  
   Pretrial Services

The request is granted. The conditions of Defendant Manuel Peralta's bail bond are modified to no longer include home detention. Instead, Defendant shall be subject to a curfew as determined by Pretrial Services. The Clerk of Court is respectfully directed to close Docket Number 71.

SO ORDERED.

December 21, 2022  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge