```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                    -v-                                                :    22 Cr. 150 (JPC)
                                                                       :
MANUEL PERALTA,                                                        :    ORDER
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The guilty plea conference for Defendant Manuel Peralta is scheduled for January 17, 2023, at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  *See* Jan 5, 2023 Text Order.  By January 12, 2023, the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant Peralta's remand will be mandatory in the event that he enters a guilty plea.  *See* 18 U.S.C. § 3143(a)(2).  The Court respectfully reminds defense counsel that it expects counsel to prepare Defendant Peralta for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: January 5, 2023
      New York, New York

                                                       JOHN P. CRONAN
                                                  United States District Judge