# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET                      Tel: (718) 246-2900
35TH FLOOR                             Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241     Email: mhueston@nyc.rr.com

January 19, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:  *United States v. Peralta, et al.*, 22 Cr. 150 (JPC)

Your Honor:

       I represent Mr. Manuel Peralta in the above-referenced case

       Mr. Peralta consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 19, 2023 to January 20, 2023, the date of his scheduled plea hearing.

                                                   Respectfully,

                                                   /s/ Michael Hueston

cc:  Counsel of Record

The Court will exclude time until January 20, 2023 under the Speedy Trial Act for the purposes of allowing the defense to finalize a pretrial resolution of the case.  The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

January 19, 2023
New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge