UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :    22 __ CR 150 (JPC)
                                    :
         -against-                  :         ORDER
                                    :
Manuel Peralta                      :
                                    :
              Defendant             :
------------------------------------x


      **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
      January 20, 2023