```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
                                                    :
            -v-                                     :      22 Cr. 150 (JPC)
                                                    :
MANUEL PERALTA et al.,                              :          ORDER
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Clerk of Court is directed to reinstate Manuel Peralta as a defendant in this case, removing his terminated status on the docket, and to terminate Daniel Peralta as a defendant in this case, pursuant to the Judgment entered as to him on April 18, 2023. *See* Dkt. 128.

SO ORDERED.

Dated: April 19, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge