# EXHIBIT A

Your Honor,

I want to tell you what led me here.

I was in school until the 9th grade. But I dropped out because I put myself in "the streets." Due to me being "the streets," I started experiencing the things happening around me and making the wrong choices. Then I found out I was going to be a father, and I started looking for a job to support my daughter, but I had no patience, so I decided to get into "the drug game."

But I've been fortunate since being incarcerated. My cellmate has helped me a lot. He showed me that although I thought I wasn't forcing people to use drugs, the ripple effect behind my selling drugs was far-reaching. Besides hurting people who take them, the drugs I was selling took food out of children's mouths and could cause people to hurt others to get more drugs.

It got me thinking, really, for the first time. What if my mom was hurt? Or my grandma? Or my daughter? Or strangers?

I don't want to be the cause of anybody getting hurt.

Your Honor, actions speak louder than words, so I know that promises can be empty, but I know this is not the life I want. Since this case, I've been working on myself to make better choices. I'm working on my values because they were off. I didn't value work. I didn't appreciate learning a trade. I didn't appreciate my freedom. I didn't value my family. I didn't respect other people who were struggling just like me.

I'm also working on my principles – what I want to guide me in life. That means rejecting "the life of the streets," which is just about this false belief that you have to do what you have to do to survive. That kind of thinking doesn't help anybody. No trust. No love. No learning. No courage. It just makes everybody everyone else's enemy. And that's no way to live.

I'm also working on my discipline. My cellmate got me to pick up the Bible, and I'm reading it and learning and experiencing faith. It calms me. I'm letting the Lord be my foundation, which means I am learning from the Bible about how we are all God's children and should not hurt or take advantage of other people.

Your Honor, looking back, I see that I did not value myself, which in turn kept me from seeing the value of others.

I think this is a really important lesson to come to understand.

Your Honor, in the future, I plan to get my GED and take parenting classes. And I'm asking to be released as soon as possible to help my daughter and grandma. Also, I plan to get my commercial driver's license once released. Driving a truck would be a good job to start with. I started working as a home aide taking care of my grandma while on pretrial release, and that helped me learn about working, but I need to learn more.

Your Honor, I don't know how my life will turn out, but I'm hoping to start my own business, raise my daughter and be there for the people who love and help me, nothing complicated, just real every day. That way, I can be the opposite of "the streets" and have a life – not a street lifestyle – and live something real.

Thank you for taking the time to read my letter.

Manuel Peralta

# EXHIBIT B

Dear Hon John p. cronan, united states District court, southern District, of New York, 500 Pearl street, New York, New York 1007

My name is Jael Peralta an I'm writing on the behalf of maniel Peralta, my brother.

My brother was hard on me, but I appreciate it because it made me tougher. My brother towgt me many things like how to play different sports, ride scooters and skates...etc, he also towght me how to cook. I love my brother so much I can't stand to see my brother in the position that he is in right now.

Jael Peralta

Dear, Hon John P. Cronan

I am writing this letter In behalf of Manuel Peralta. In the year I have Known Manuel he has been a great role model to his brother's dispite the fact of this Charge He has been Improving himself In various of ways, by taking care of his grandmother and by always being there for his daughter. He was also trying to Change his habits by going to a drug Program. He has changed and matured and has a different mindset. This Charge does not define Manuel Peralta.

Sincerely,
Hennessey Arias




**Church of the Annunciation**
88 Convent Avenue, New York, NY 10027
Tel: 212-234-1919*Fax: 212-281-7205
Web Page: www.theannunciation.net

*Abril 04, 2023*

To whom it may concern:

I am glad to write to you on behalf of Mr. Manuel Peralta from 800 E 180th Street, Bronx, New York and a dear member of our faith community. I understand he is at present serving time on a drug related conviction and is due for sentence this May 31, 2023. I also understand he was a first offender with no previous police record, at the moment of his arrest.

I am happy to inform you that Manuel family are also current members of our church. Manuel himself has been part of a team involved in taking care of feeding the homeless in a remarkable way of respect and caring. We are particularly proud of this team's affection and dedication to the less fortunate.

Otherwise, Manuel is father of one infant daughter age three, an obvious source of concern.

*We thank you for your invaluable help as you offer Manuel an opportunity to bounce back from this situation and start a whole new way of life. You have our respect and appreciation.*

Yours truly,

Rev. José M Clavero,
Parochial Vicar


I Love my Brotner

I Want my Brotner tocume home

Brotner

me Brotner

4-1-23

Dear Hon John P. Cronan

I am writing this letter for my son Manuel Peralta who has pleaded guilty in this case. As a mother, I would have never wanted him to be in such situation like this for being in such company which got him to be one of the accused of this case.

I would sincerely like to vouch for the good character of my son. He has grown into a true gentleman and his helpful nature a good father to his daughter and kind gestures in our society. Manuel Peralta was taking care of my mother his grandmother who he currently reside with. He was her home attender for 4hours daily helping my mom his grandmother in taking her medications, appointments, grocery shopping etc...

I would sincerely request you to look into this character letter before passing any verdict and I am sure he feels guilty and would never commit to such a thing in his life again.

Thank you
Sincerely yours
Jamelka Rodriguez



Estimado Hon John p. cronan. united states District court, southern District of New York. 500 Pearl street, New york, New York 1007

Mi nombre es Ramona Marte y estoy escribiendo esta carta a favor de mi nieto Manuel Peralta. El siempre a sido un hombre de buen. Siempre le di el amor y la educacion que necesitaba para hacerce un hombre de bien. Desde chiquito siempre a sido amable y respetuoso con todo el mundo, le a gustado mucho los deportes. Cuando falto su padre todo cambio para el y comenzo hacer cosas que sabia que no estaban bien pero ahora que esta en el predicto que esta dispuesto a cambiar por su hija. Tiene una hija que lo necesita mucho y su familia, el estaba cambiando cuando estaba aqui y si usted le da otra oportunidad el seguira asi.

Ramona Marte

Dear Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

My name is Ramona Marte and I am writing this letter on behalf of my grandson Manuel Peralta. He has always been a good man. I always gave him the love and education he needed to make him a good man.

Since he was little he has always been kind and respectful to everyone. He liked sports a lot.

When his father [was deported], everything changed for him and he didn't have to do things that he knew weren't right, but now that he's in the predicament he's willing to change for his daughter.

He has a daughter who needs him a lot and his family. He was changed when he was here and if you give him another chance he will stay that way.

Ramona Marte

Translation by Google Translate

Estimado Hor John P. Cronan

Para Manuel peralta
por me dio de la presente ~~yo~~ Edryn
afirmo que es un joven que quire
cambiar su Futuro yo iel ~~a~~ emos
conbersado mucho beses y el
me adicho que esta muy arepentido
de lomalo que el izo en el pasado
y el semerese una segunda oportunida

Edyn Perez

Dear Honorable John P. Cronan

For Manuel Peralta.

I, Edyn, hereby affirms, that [Manuel] is a young man who wants to change his future.

We have spoken a lot of times. He has told me that he is very regretful of everything he has done in the past.

He deserves a second opportunity.

Edyn Perez

Translated by Google translate and staff

Dear Hon John p. Cronan

Hello my name is zacary Benoit I am writing on behalf of my friend/cousin/best friend. Manuel Perelter, He is trully god sent when times are tough, he was the person to make them better. Rainy days turned into sunny days. Manny loves his family ~~and~~ he has a beautifull baby girl waiting for him to come home. When he had ~~this~~ this kid it had really opened his eyes to really do better as a man, human being, and also as a father.

I trully hope you read these letters and reconsider to let them come home to the family they love. People make mistakes, always remember that theres not a single person on this earth that is perfect. So let Manuel Peretta come home and spend time with his kid, and family.

Zacary Benoit



Dear Hon John P. Cronan

Hello my name is A[redacted] B[redacted] I'm writing on behalf of my brother Manuel Perelta. Hey big brother I Just want to say I miss you. I miss all the things you use to help me with. I wish you was here so you can help me with my basketball moves because you and Daniel were nice in basketball. your daugter misses you, mommy, Grandma, Jael, we all waiting for your safe return so we can Welcome you back into our arms.

A[redacted] P[redacted]

Dear Hon John P. Cronan, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 1007

I am writing in behalf of Manuel Peralta. My name is Yashira Reyes, and I met him 3 years ago when he came to my house. His brother goes out with my neice, so that's how we became close. he is a really nice funny person. He's always joking around which is what I like about him, we would spend a lot of time together, and I miss those times. I really wish he would come home to his family we really miss him, and so does he which is why he is willing to change his life for us and his daughter.

Yashira Reyes

Dear Hon John P. Cronan, United States District Court, Southern District of New York, 500 Pearl Street, New York; New York, 1007

My name is Margaret Reyes and i am writing in the behalf of Manuel Peralta. I met him when i started dating his brother and he is really his brother's twin, funny, loving and caring soul. Since the first day i met him he was nothing but nice to me and my family as well. I started seeing him as a brother to me and really looked up to him for everything he would do for his family, making sure they were always good. Although he made poor choices he was starting to change his life around while he was out here because he wanted a better future for himself and his daughter. He was working a job and going to a program to help him be a better person. He really wanted to get his GED to be able to find a decent job, he will continue all this if you decide to give him a second chance to making things right. We dearly miss him especially his daughter who asks for her dad everyday.

Margaret Reyes

Dear Hon John P. Cronan, United States District Court, Southern District of New York, 500 Pearl Street, New York; New York, 1007

My name is Scottie Reyes and i am writing in the behalf of Manuel Peralta. When i first met him was when he came over to my house for a family dinner because my sister started dating his brother. We automatically had a bond because we would talk about sports because we both loved sports and he would give me advice about finishing school so i could go far in the future. He has always been a cool funny person and me and my family get along with him real good. I hope he is able to come back home soon to his family who miss him.

Scottie Reyes

Dear Hon John P. Cronan, United States District Court, Southern District of New York, 500 Pearl Street, New York; New York, 1007

Hello my name is Amy Reyes and i am writing in the behalf of Manuel Peralta. I met him on a trip i went with my sister and he was great vibes the whole time, we were playing games and doing fun activities. He always made sure i had a smile on my face the whole trip and from that time we started hanging out more. He has a beautiful daughter who i had the pleasure to meet and she is just like him so loving. He makes sure she is good all the time as well as his family who dearly love and miss him. He currently is in a predicament that he knows is not the best but he is making changes because he wants a better future for himself and his daughter. If given another chance Manuel will keep making great changes and i can't wait to be there to see what the future holds for him.

Amy Reyes