UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

UNITED STATES OF AMERICA

-v-

MANUEL PERALTA,

Defendant.

---------------------------------------------------------------------- X

22 Cr. 150 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Defendant Manuel Peralta's conditions of supervised release are amended to include the following: (1) Mr. Peralta must continue participation in outpatient treatment three days per week at the direction of the Probation Office, (2) Mr. Peralta must comply with the order of protection issued in state court; and (3) Mr. Peralta shall have no contact with the victim of the pending alleged violations of supervised release.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge